Leroy Garrett, appellee, v. University State Bank of Champaign, appellant.   Gen. No. 8,270.

Opinion filed June 11, 1929.   Rehearing denied October 9, 1929.

Busch & Harrington, for appellant; O. A. Harker, of counsel. Frank T. Carson and C. H. Swick, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Lantie Underwood, appellee, v. W. V. Deahl and Ethel Deahl, appellants.   Gen. No. 8,277.

Opinion filed June 11, 1929.

H. J. Buxbaum, for appellants.   O'Hair & McClain and Riley McClain, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ora Williams, plaintiff in error.   Gen. No. 8,295.

Opinion filed June 11, 1929.

William N. Hairgrove, for plaintiff in error.   John A. McKeene, State's Attorney, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Carrie Greenway et al., appellants, v. Frederick W. Beck and Frederick W. Beck, executor of the last will and testament of Chris Beck, deceased, appellees.   Gen. No. 8,304.

Opinion filed June 11, 1929.   Rehearing denied October 9, 1929.

Johnson & Pefferle and Thomas W. Hoopes, for appellants.   Hogan & Reese and C. A. Prater, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Illinois-Indiana Fair Association, appellee, v. Louis Deutsch et al., trading as Deutsch Brothers, appellants.   Gen. No. 8,209.

Opinion filed June 11, 1929.

Gunn, Penwell & Lindley, for appellants.   Charles Troup and Acton, Acton & Snyder, for appellee; William M. Acton and Charles Troup, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.